**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **MSC CRUISES (USA), INC.,** | |
| **Plaintiff,** | **8:15CV83** |
| **vs.** | |
| **INTEGRATED MERCHANT ALLIANCE, INC., and RICHARD SEMAAN,** | **ORDER** |
| **Defendants.** | |

This matter is before the court on the parties' January 7, 2016, joint letter regarding the status of mediation. The parties represent mediation is scheduled for February 24, 2016, with Michael Mullin of Kutak Rock, LLP. The parties request the planning conference currently scheduled for February 18, 2016, be moved to March of 2016, but have not requested a stay of the proceedings pending mediation. Accordingly,

**IT IS ORDERED:**

1.      The planning conference previously scheduled for February 18, 2016, is cancelled.

2.      The court will hold a planning conference **on March 3, 2016, at 10:30 a.m.  Plaintiff's counsel shall initiate the call.**

Dated this 8th day of January, 2016.

                                                BY THE COURT:

                                                 s/ Thomas D. Thalken
                                                United States Magistrate Judge