# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MSC CRUISES (USA), INC., <br><br> Plaintiff, <br> v. <br><br> INTEGRATED MERCHANT ALLIANCE, INC. and RICHARD SEMAAN, <br><br> Defendant. | Case No. 8:15-cv-00083 <br><br> **ORDER OF DISMISSAL** |

The parties having filed a stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), it is hereby ORDERED that this case is dismissed with prejudice. Each party will bear its own fees and expenses.

Dated this 14th day of April, 2016.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge